UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

   Plaintiffs,

vs.                                      Case No. 2:16-cv-08530-CCC-JBC

LEONTARKIS PINES PLAZA, LLC, a
New Jersey Limited Liability Company,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.   The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **8th** day of **November, 2017**, a true and correct copy of the foregoing was sent via e-mail to counsel for the Defendant, Caroline J. Berdzik, Esq., cberdzik@goldbergsegalla.com, and Jonathan Amar, jamar@goldbergsegalla.com, Goldberg Segalla, LLP, 902 Carnegie Center, Suite 100, Princeton, NJ 08540.

<u>The Independence Project, Inc., et al.</u><br>
<u>v. Leontarakis Pines Plaza, LLC</u><br>
Case No.: 2:16-cv-08530-CCC-JBC

Respectfully Submitted,

**/s/Alan R. Ackerman**
Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R. Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ   07054-4519
Telephone: (973) 898-1177
Facsimile: (973) 898-1230
araesq@alanackermanlaw.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL   33181
Telephone:   (305) 891-5199
Facsimile:   (305) 893-9505
jpf@fullerfuller.com
*Attorneys for the Plaintiffs*