UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

      Plaintiffs,

vs.                                      Case No. 2:16-cv-08530-CCC-JBC

LEONTARKIS PINES PLAZA, LLC, a
New Jersey Limited Liability Company,

      Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

      Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| **/s/Alan R. Ackerman** | **/s/Jonathan A. Amar** |
| Alan R. Ackerman, Esq. (AA9730) | Caroline J. Berdzik, Esq. |
| Law Offices of Alan R. Ackerman | Jonathan A. Amar, Esq. |
| 1719 Route 10 East, Suite 106 | Goldberg Segalla, LLP |
| Parsippany, NJ 07054-4519 | 902 Carnegie Center, Suite 100 |
| Telephone: (973) 898-1177 x 122 | Princeton, NJ 08540 |
| Facsimile: (973) 898-1230 | Telephone: (609) 986-1300 |
| araesq@alanackermanlaw.com | Facsimile: (609) 986-1301 |
| and | cberdzik@goldbergsegall.com |
| John P. Fuller, Esq., *pro hac vice* | jamar@goldbergsegalla.com |
| Fuller, Fuller & Associates, P.A. | *Attorneys for Defendant* |
| 12000 Biscayne Blvd., Suite 502 | |
| North Miami, FL 33181 | |
| Telephone: (305) 891-5199 | |
| Facsimile: (305) 893-9505 | |
| jpf@fullerfuller.com | |
| *Attorneys for Plaintiff* | |

Date: **January 22, 2018**                        Date: **January 22, 2018**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

      Plaintiffs,

vs.                                            Case No. 2:16-cv-08530-CCC-JBC

LEONTARKIS PINES PLAZA, LLC, a
New Jersey Limited Liability Company,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _____, _____, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record